SWERDLOW FLORENCE SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

MILLICENT N. SANCHEZ (State Bar No. 108613)
Email: msanchez@swerdlowlaw.com
LORI M. YANKELEVITS (State Bar No. 156253)
Email: lyankelevits@swerdlowlaw.com
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
10877 Wilshire Blvd., Suite 1650
Los Angeles, California 90024
Telephone: (310) 288-3980
Facsimile: (310) 733-1727

Attorneys for Defendant, Badger Meter, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

RONALD WAYNE TOTEN,

Plaintiff,

vs.

HADRONEX, INC. d/b/a SMARTCOVER SYSTEMS; BADGER METER, INC.; and DOES 1 through 10, Inclusive,

Defendants.

Case No. 2:26-cv-09280

**DECLARATION OF SHERYL HOPKINS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

SANCHEZ SWERDLOW SWERDLOW & WIMMER, A LAW CORPORATION
SWERDLOW FLORENCE
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

**DECLARATION OF SHERYL HOPKINS**

I, Sheryl Hopkins, declare as follows:

1. I am the VP – Human Resources for Badger Meter, Inc. ("Badger Meter"). I have personal knowledge of the facts set forth below and, if called as a witness, could testify to them.

2. I am a custodian of personnel records for Badger Meter.

3. In 2025, Badger Meter acquired the business, including employees, of Hadronex, Inc. through a stock purchase. Before the purchase, Hadronex had entered into an agreement with G&A Partners, a Professional Employer Organization, pursuant to which GAO California issued payroll and certain employment documents to Hadronex's, and later Badger Meter's, employees.

4. I have reviewed the personnel records pertaining to Ronald Wayne Toten as they have been maintained in the ordinary course of business. Based on my review, including his employee profile and notice of separation, Mr. Toten has and continues to reside in Laguna Niguel, County of Orange, California. Attached hereto as Exhibit A is a true and correct copy of the Personal Information Sheet in Mr. Toten's personnel file. Attached hereto as Exhibit B is a true and correct copy of the Notice of Separation from his employment with Badger Meter that was sent to Mr. Toten at his Laguna Nigel, California address.

5. Mr. Toten was employed by Badger Meter, Inc. from January 31, 2025, through July 25, 2025, when Plaintiff's employment ended.

6. Mr. Toten's 2025 W-2 wages were $422,283.34. Attached hereto as Exhibit C is a true and correct of Mr. Toten's IRS Form W-2.

7. Mr. Toten's weekly salary at the time of separation was $3750.00. Attached hereto as Exhibit D is a true and correct copy of the final paycheck issued to Mr. Toten.

Executed on this 20th day of August, 2026, at Brown Peer, Wisconsin.

SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
SWERDLOW FLORENCE
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

I declare under penalty of perjury under the laws of the State of Wisconsin and the United States that the foregoing is true and correct.

Sheryl Hopkins

# EXHIBIT A

G&A Partners
Time to grow.



| | |
|---|---|
| First Name | Ronald |
| Middle Name | Wayne |
| Last Name | Toten |
| Suffix (Jr., Sr., II, III) | |
| Preferred Name | Ron |
| Address | 31481 E. Nine Dr. |
| Address Line 2 | |
| City | Laguna Niguel |
| State | California |
| Zip Code | 92677 |
| Primary Phone Number | ( 530 ) 949 - 4654 |
| Secondary Phone Number | ( 949 ) 481 - 2837 |
| Marital Status | Married |
| Date of Birth | [redacted] / 1958 |
| Social Security Number | [redacted] - 1474 |

The information I have provided is true and correct and I agree to electronically sign this form.

Ronald W Toten

Ronald Wayne Toten

Personal Information
Name: RonaldToten
Date: 2024-08-27 22:34 UTC
IP Address: 98.178.236.216

# EXHIBIT B

07/26/2025

Ronald Toten
31481 E. Nine Dr.
Laguna Niguel, CA 92677

Re: Notice of Separation of GAO CALIFORNIA LLC Services

Dear Ronald Toten,

We have been informed that your employment with HADRONEX, INC has ended, effective 07/25/2025. As a result, your relationship with GAO CALIFORNIA LLC ended at the same time.

Enclosed with this Notice are the following documents:

1. **Form DE 2320 ("For Your Benefit").** This booklet, published by the State of California, provides information regarding certain programs that are offered by the California Employment Development Department for unemployed Californians.

If you apply for unemployment benefits with the Employment Development Department, you will need to indicate that during your employment with HADRONEX, INC and pursuant to the service agreement between HADRONEX, INC and GAO CALIFORNIA LLC, your wages and related payroll taxes were reported and remitted under GAO CALIFORNIA LLC's payroll tax account.

Additionally, below is important information regarding GAO CALIFORNIA LLC insurance benefits.

**Healthcare Plans** - If you are participating in a healthcare plan through GAO CALIFORNIA LLC your coverage will terminate on 07/31/2025. Our COBRA administrator will be sending you information concerning continuation of healthcare coverage through COBRA – Note: this communication may come from G&A Partners.

**Life and/or LTD Plans** - If you are currently enrolled on a Basic Life Insurance or Long Term Disability (LTD) plan through GAO CALIFORNIA LLC and wish to continue with your coverage, please contact the number noted below to obtain an application for conversion and rate information. Important - if you wish to convert your policy, you must complete and return the Conversion Form within 31 days of termination of coverage.

**401(k) Plan** - If you are enrolled in a 401(k) savings plan through GAO CALIFORNIA LLC you will no longer be eligible to make contributions to the plan. You will be sent information about your options for moving your funds out of the plan.

If you have any questions regarding any aspect of your employment with HADRONEX, INC, please contact HADRONEX, INC. If you have questions regarding GAO CALIFORNIA LLC insurance benefits, please contact us at the address below or by calling 866-497-4222.

GAO CALIFORNIA LLC
17220 Katy Fwy, Suite 350
Houston, TX 77094

Applicable notices regarding GAO CALIFORNIA LLC insurance benefits will be provided under separate cover.

# EXHIBIT C

**Copy B – To Be Filed With Employee's FEDERAL Tax Return.**

41-0852411
OMB No. 1545-0029

| | |
|---|---|
| a Employee's soc. sec. no. | [redacted]-1474 |
| 1 Wages, tips, other comp. | 411879.34 |
| 2 Federal income tax withheld | 122631.80 |
| 3 Social security wages | 176100.00 |
| 4 Social security tax withheld | 10918.20 |
| b Employer ID number (EIN) | 84-3374500 |
| 5 Medicare wages and tips | 422283.34 |
| 6 Medicare tax withheld | 8123.66 |
| c Employer's name, address, and ZIP code | GAO CALIFORNIA LLC<br>17220 KATY FWY STE 350<br>HOUSTON, TX 77094 |
| d Control number | |
| e Employee's name, address, and ZIP code | RONALD WAYNE TOTEN<br>31481 E. NINE DR.<br>Laguna Niguel, CA 92677 |
| Suff. | |
| 7 Social security tips | 0.00 |
| 8 Allocated tips | 0.00 |
| 9 | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a Code See inst. for box 12 | AA 316.00 |
| 13 Statutory employee | |
| Retirement plan | X |
| Third-party sick pay | |
| 14 Other | CASDI 5067.47<br>FSA 1903.83<br>STOCKOPT 288525.75 |
| 12b Code | D 10404.00 |
| 12c Code | DD 11483.85 |
| 12d Code | |
| 15 State | CA |
| Employer's state ID number | 282-1655-4 |
| 16 State wages, tips, etc. | 411879.34 |
| 17 State income tax | 48492.31 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

**Form W-2 Wage and Tax Statement** **2025** Dept. of the Treasury -- IRS

This information is being furnished to the Internal Revenue Service.

*www.irs.gov/efile*

**Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.**

41-0852411
OMB No. 1545-0029

| | |
|---|---|
| a Employee's soc. sec. no. | [redacted]-1474 |
| 1 Wages, tips, other comp. | 411879.34 |
| 2 Federal income tax withheld | 122631.80 |
| 3 Social security wages | 176100.00 |
| 4 Social security tax withheld | 10918.20 |
| b Employer ID number (EIN) | 84-3374500 |
| 5 Medicare wages and tips | 422283.34 |
| 6 Medicare tax withheld | 8123.66 |
| c Employer's name, address, and ZIP code | GAO CALIFORNIA LLC<br>17220 KATY FWY STE 350<br>HOUSTON, TX 77094 |
| d Control number | |
| e Employee's name, address, and ZIP code | RONALD WAYNE TOTEN<br>31481 E. NINE DR.<br>Laguna Niguel, CA 92677 |
| Suff. | |
| 7 Social security tips | 0.00 |
| 8 Allocated tips | 0.00 |
| 9 | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a Code | AA 316.00 |
| 13 Statutory employee | |
| Retirement plan | X |
| Third-party sick pay | |
| 14 Other | CASDI 5067.47<br>FSA 1903.83<br>STOCKOPT 288525.75 |
| 12b Code | D 10404.00 |
| 12c Code | DD 11483.85 |
| 12d Code | |
| 15 State | CA |
| Employer's state I.D. number | 282-1655-4 |
| 16 State wages, tips, etc. | 411879.34 |
| 17 State income tax | 48492.31 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

**Form W-2 Wage and Tax Statement** **2025** Dept. of the Treasury -- IRS

**Copy C – For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.)**

41-0852411
OMB No. 1545-0029

| | |
|---|---|
| a Employee's soc. sec. no. | [redacted]-1474 |
| 1 Wages, tips, other comp. | 411879.34 |
| 2 Federal income tax withheld | 122631.80 |
| 3 Social security wages | 176100.00 |
| 4 Social security tax withheld | 10918.20 |
| b Employer ID number (EIN) | 84-3374500 |
| 5 Medicare wages and tips | 422283.34 |
| 6 Medicare tax withheld | 8123.66 |
| c Employer's name, address, and ZIP code | GAO CALIFORNIA LLC<br>17220 KATY FWY STE 350<br>HOUSTON, TX 77094 |
| d Control number | |
| e Employee's name, address, and ZIP code | RONALD WAYNE TOTEN<br>31481 E. NINE DR.<br>Laguna Niguel, CA 92677 |
| Suff. | |
| 7 Social security tips | 0.00 |
| 8 Allocated tips | 0.00 |
| 9 | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a Code See inst. for box 12 | AA 316.00 |
| 13 Statutory employee | |
| Retirement plan | X |
| Third-party sick pay | |
| 14 Other | CASDI 5067.47<br>FSA 1903.83<br>STOCKOPT 288525.75 |
| 12b Code | D 10404.00 |
| 12c Code | DD 11483.85 |
| 12d Code | |
| 15 State | CA |
| Employer's state I.D. number | 282-1655-4 |
| 16 State wages, tips, etc. | 411879.34 |
| 17 State income tax | 48492.31 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

**Form W-2 Wage and Tax Statement** **2025** Dept. of the Treasury -- IRS

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.**

41-0852411
OMB No. 1545-0029

| | |
|---|---|
| a Employee's soc. sec. no. | [redacted]-1474 |
| 1 Wages, tips, other comp. | 411879.34 |
| 2 Federal income tax withheld | 122631.80 |
| 3 Social security wages | 176100.00 |
| 4 Social security tax withheld | 10918.20 |
| b Employer ID number (EIN) | 84-3374500 |
| 5 Medicare wages and tips | 422283.34 |
| 6 Medicare tax withheld | 8123.66 |
| c Employer's name, address, and ZIP code | GAO CALIFORNIA LLC<br>17220 KATY FWY STE 350<br>HOUSTON, TX 77094 |
| d Control number | |
| e Employee's name, address, and ZIP code | RONALD WAYNE TOTEN<br>31481 E. NINE DR.<br>Laguna Niguel, CA 92677 |
| Suff. | |
| 7 Social security tips | 0.00 |
| 8 Allocated tips | 0.00 |
| 9 | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a Code | AA 316.00 |
| 13 Statutory employee | |
| Retirement plan | X |
| Third-party sick pay | |
| 14 Other | CASDI 5067.47<br>FSA 1903.83<br>STOCKOPT 288525.75 |
| 12b Code | D 10404.00 |
| 12c Code | DD 11483.85 |
| 12d Code | |
| 15 State | CA |
| Employer's state I.D. number | 282-1655-4 |
| 16 State wages, tips, etc. | 411879.34 |
| 17 State income tax | 48492.31 |
| 18 Local wages, tips, etc. | |
| 19 Local income tax | |
| 20 Locality name | |

**Form W-2 Wage and Tax Statement** **2025** Dept. of the Treasury -- IRS

L4UP 5205

**Notice to Employee**

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income tax credit (EITC).** You may be able to take the EITC for 2025 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EITC if your investment income is more than the specified amount for 2025 or if income is earned for services provided while you were an inmate at a penal institution. For 2025 income limits and more information, visit *www.irs.gov/EITC*. See also Pub. 596. **Any EITC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and the Social Security Administration (SSA).

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the SSA to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You also may visit the SSA website at *www.SSA.gov*.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2025 and more than $10,918.20 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. See the Form 1040 instructions. If you had more than one railroad employer and more than $6,409.20 in Tier 2 RRTA tax was withheld, you may be able to claim a refund on Form 843. See the Instructions for Form 843.

*(Also see **Instructions for Employee**, below.)*

**Instructions for Employee**

**Box 1.** Enter this amount on the wages line of your tax return.
**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.
**Box 5**. You may be required to report this amount on Form 8959. See the Form 1040 instructions to determine if you are required to complete Form 8959.
**Box 6**. This amount includes the 1.45% Medicare Tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.
**Box 8**. This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Form 1040 instructions.

You must file Form 4137 with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box.1. See Form 2441.
**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan or (b) included in box 3 and/or 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for Social Security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.
**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $23,500 (Generally, $16,500 if you only have SIMPLE plans; $26,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $23,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2025, your employer may have allowed an additional elective deferral or designated Roth contribution (catch-up contribution) to your plan. For information about the limits on these catch-up contributions, including the higher limit if you were age 60 through 63 as of December 31, 2025, see Pub. 525. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Form 1040 instructions.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.
**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.
**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)
**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.
**E—**Elective deferrals under a section 403(b) salary reduction agreement.
**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP (this includes elective deferrals made to a Roth SEP IRA).
**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.
**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.
**J—**Nontaxable sick pay (information only, not included in box 1, 3, or 5).
**K—**20% excise tax on excess golden parachute payments. See the Form 1040 instructions.
**L**—Substantiated employee business expense reimbursements (nontaxable).
**M—**Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.
**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5).
**Q—**Nontaxable combat pay. See the Instructions for Form 1040 instructions for details on reporting this amount.
**R—**Employer contributions to your Archer MSA. Report on Form 8853.
**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (this includes salary reduction contributions made to a Roth SIMPLE IRA).
**T—**Adoption benefits (not included in box 1). Complete Form 8839 to figure any taxable and nontaxable amounts.
**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525 for reporting requirements.
**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889.
**Y—**Deferrals under a section 409A nonqualified deferred compensation plan.
**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.
**AA—**Designated Roth contributions under a section 401(k) plan.
**BB—**Designated Roth contributions under a section 403(b) plan.
**DD—** Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**
**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.
**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement.
**GG—**Income from qualified equity grants under section 83(i).
**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year.
**II**—Medicaid waiver payments excluded from gross income under Notice 2014-7.
**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A.
**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.
**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

# EXHIBIT D

Voucher #: 006078 Sort Order: 1

Ronald Wayne Toten

SMARTCOVER SYSTEMS - 2110 ENTERPRISE ST - ESCONDIDO, CA 92029 - 760-291-1980

**SSN#** XXX-XX-1474 **Period Start Date** 07-19-2025 **Check Date** 07-25-2025 **Federal Filing Status** MJ/Married Filing Joint
**EMP#** U84421 **Period End Date** 07-25-2025 **Check Number** 0015051463 **State Filing Status** M/0/0

## Earnings - Current

| Date | Pay Description | Pay Rate | Hours/Units Paid | Pay Amount |
|---|---|---|---|---|
| 07-25-2025 | SALARY | 93.7500 | 40.00 | 3750.00 |
| **TOTAL** | | | **40.00** | **3,750.00** |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| 401K | 450.00 | 10404.00 |
| LEGAL MP | 0.00 | 36.69 |
| MED 125 MP | 0.00 | 246.12 |
| LEGAL | 0.00 | 134.53 |
| VISION 125 | 0.00 | 53.20 |
| DENTAL 125 | 0.00 | 386.82 |
| MEDICAL 125 | 0.00 | 902.44 |
| FLEX MED | 0.00 | 1903.83 |
| 401K LOAN | 0.00 | 2020.88 |
| ROTH | 0.00 | 316.00 |
| FEDERAL TAX | 239.19 | 122631.80 |
| MEDICARE | 88.13 | 8123.66 |
| SOC SECURITY | 0.00 | 10918.20 |
| CA INCOME TAX | 83.57 | 48492.31 |
| CA DISABILITY | 45.00 | 5067.47 |
| TOTAL | 905.89 | 211,637.95 |

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 83026 | CHECKING | 2,844.11 |
| TOTAL DEPOSITED | | $2,844.11 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $2,844.11 |
| TOTAL NET PAY | $2,844.11 |
| TOTAL NET PAY YTD | $214,137.80 |

## Earnings - Year To Date

| Description | Hours | YTD |
|---|---|---|
| SALARY | 1152.00 | 108000.00 |
| COMPANY PAID | 16.00 | 1500.00 |
| HOLIDAY | 48.00 | 4500.00 |
| AUTO ALLOWANCE | 15.00 | 6000.00 |
| STOCKOPT(TXBLE) | 1.00 | 288525.75 |
| SALE BONUS | 1.00 | 15000.00 |
| PTO | 24.00 | 2250.00 |
| TOTAL | 1257.00 | $425,775.75 |

## Paid Time Off

| Description | Balance |
|---|---|

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| 401(k) MATCH | 0.00 | 632.00 |
| MEDICAL | 0.00 | 10335.29 |
| DENTAL | 0.00 | 358.54 |
| VISION BUY UP | 0.00 | 79.80 |
| TELADOC | 0.00 | 63.00 |
| BASIC LIFE | 0.00 | 15.54 |
| TOTAL | 0.00 | 11,484.17 |

Service Provider: GAO CALIFORNIA LLC, 17220 KATY FWY STE 350, HOUSTON, TX 77094, 713/784-1181

SMARTCOVER SYSTEMS

GAO CALIFORNIA LLC
17220 KATY FWY STE 350
HOUSTON, TX 77094

Check No. 0015051463
Pay Date 07-25-2025

**PAY** Non-negotiable $0.00

**TO THE ORDER OF** **Ronald Wayne Toten**
**31481 E. Nine Dr.**
**Laguna Niguel, CA 92677**

*** *Non-Negotiable* ***