MILLICENT N. SANCHEZ (State Bar No. 108613)
Email: msanchez@swerdlowlaw.com
LORI M. YANKELEVITS (State Bar No. 156253)
Email: lyankelevits@swerdlowlaw.com
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
10877 Wilshire Blvd., Suite 1650
Los Angeles, California 90024
Telephone: (310) 288-3980
Facsimile: (310) 733-1727

Attorneys for Defendant, Badger Meter, Inc.

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| RONALD WAYNE TOTEN,<br><br>Plaintiff,<br><br>vs.<br><br>HADRONEX, INC. d/b/a SMARTCOVER SYSTEMS; BADGER METER, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:26-cv-09280<br><br>**DECLARATION OF DAVID MILLER IN SUPPORT OF DEFENDANT BADGER METER INC.'S NOTICE OF REMOVAL** |

SANCHEZ SWERDLOW SWERDLOW & WIMMER, A LAW CORPORATION
SWERDLOW FLORENCE
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

## DECLARATION OF DAVID MILLER

I, David Miller, declare as follows:

1. I am an attorney duly admitted to practice in Wisconsin. I am a Director – legal counsel for Badger Meter, Inc. ("Badger Meter"). I have personal knowledge of the facts set forth below and, if called as a witness, could testify to them.

2. Badger Meter, Inc. is a Wisconsin corporation with its corporate headquarters and principal place of business in Milwaukee, Wisconsin.

3. Badger Meter's corporate headquarters are in Milwaukee, Wisconsin, from which Badger Meter's Officers direct, control and coordinate its activities and the majority of its executive and administrative functions are performed there.

4. Badger Meter acquired Hadronex, Inc. on January 31, 2025 through a stock purchase of 100% of Hadronex stock. On December 31, 2025 Badger Meter filed the paperwork to legally consolidate the entities and dissolve Hadronex. Attached as Exhibit A is a true and correct copy of the filed State of Delaware Certificate of Merger of Domestic Corporation into Foreign Corporation. This certificate lists Badger Meter, Inc. as the surviving entity as of December 31, 2025, in the merger between Badger Meter, Inc. and Hadronex, Inc.

5. Attached as Exhibit B is a true and correct copy of the Business Amendment Filing approved by the State of California by notice dated August 13, 2026 by which the State of California accepted Hadronex, Inc.'s surrender of right to transact business in the State of California and revoked its designation of agent for service of process in California.

Executed on this 20th day of August, 2026, at Milwaukee, Wisconsin.

I declare under penalty of perjury under the laws of the State of Wisconsin and the United States that the foregoing is true and correct.

David Miller

# EXHIBIT A

# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"HADRONEX, INC.", A DELAWARE CORPORATION,*

*WITH AND INTO "BADGER METER, INC." UNDER THE NAME OF "BADGER METER, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF WISCONSIN, AS RECEIVED AND FILED IN THIS OFFICE ON THE THIRTIETH DAY OF DECEMBER, A.D. 2025, AT 1:09 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2025 AT 11:59 O'CLOCK P.M.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

SECRETARY'S OFFICE 1793 DELAWARE 1855

4547528 8100M
SR# 20255031010

Authentication: 205753880
Date: 12-30-25

# STATE OF DELAWARE
# CERTIFICATE OF MERGER OF DOMESTIC CORPORATION INTO FOREIGN CORPORATION

Pursuant to Title 8, Section 252(c) of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

**FIRST**: The name of each constituent corporation is Badger Meter, Inc. ______, a *(list jurisdiction)* Wisconsin corporation, and Hadronex, Inc. ______, a Delaware Corporation.

**SECOND**: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations in accordance with Section 252 of the Delaware General Corporation Law.

**THIRD**: The name of the surviving corporation is Badger Meter, Inc. ______ a *(list jurisdiction)* Wisconsin corporation.

**FOURTH**: The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

**FIFTH:** The merger is to become effective on December 31, 2025 at 11:59 p.m.

**SIXTH**: The executed Agreement of Merger is on file at 4545 West Brown Deer Road, Milwaukee, WI 53223, an office of the surviving corporation.

**SEVENTH**: A copy of the Agreement of Merger will be furnished by the surviving corporation on request, without cost, to any stockholder of the constituent corporations.

**EIGHTH**: The surviving foreign corporation agrees that it may be served with process in the State of Delaware in any proceeding for enforcement of any obligation of the non-surviving Delaware corporation, as well as for enforcement of any obligation of the surviving foreign corporation arising from this merger, including any suit or other proceeding to enforce the right of any stockholders as determined in appraisal proceedings pursuant to the provisions of Section 262 of the Delaware General Corporation Law, and irrevocably appoints the Secretary of State of Delaware as its agent to accept service of process in any such suit or other proceeding. The Secretary of State shall mail any such process to the surviving corporation at 4545 West Brown Deer Road, Milwaukee, WI 53223.

**IN WITNESS WHEREOF**, said surviving corporation has caused this certificate to be signed by an authorized officer, the 30th day of December, A.D., 2025.

By: [signature]
Ken Bockhorst (Dec 23, 2025 12:28:58 CST)
Authorized Officer

Name: Kenneth Bockhorst
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:09 PM 12/30/2025
FILED 01:09 PM 12/30/2025
SR 20255031010 - File Number 4547528

# EXHIBIT B

# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

HADRONEX, INC.
2110 ENTERPRISE STREET
ESCONDIDO, CA 92029

## Business Amendment Filing Approved

August 13, 2026

**Entity Name:** HADRONEX, INC.
**Entity Type:** Stock Corporation - Out of State - Stock
**Entity No.:** 3101113
**Document Type:** Termination
**Document No.:** BA20261619947
**File Date:** 08/12/2026

The above referenced document has been approved and filed with the California Secretary of State. To access free copies of filed documents, go to **biz**fileOnline.sos.ca.gov and enter the entity name or entity number in the Search module.

***What's Next?***

The most up to date records may be obtained by searching for the Entity Name or Entity Number in the Search module at **biz**fileOnline.sos.ca.gov.

For further assistance, contact us at (916) 657-5448 or visit **biz**fileOnline.sos.ca.gov.

Thank you for using **biz**file California, the California Secretary of State's business portal for online filings, searches, business records, and additional resources.

B4788-3242 08/12/2026 5:00 PM Received by California Secretary of State

**Secretary of State**
**Certificate of Surrender**
(Foreign Qualified Corporation ONLY)

**SURC**

For Office Use Only

**-FILED-**

File No.: BA20261619947

Date Filed: 8/12/2026

There is **No Fee** for filing a Certificate of Surrender

**Certified Copy Fee (Optional) – $5.00**

*Note:* For information about Franchise Tax Board final tax return requirements, go to ftb.ca.gov.

**This Space For Office Use Only**

**1. Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name.)

HADRONEX, INC.

**2. Secretary of State Entity Number**

**3. Jurisdiction** (State, foreign country or place where this corporation is formed.)

| 2. Secretary of State Entity Number | 3. Jurisdiction |
|---|---|
| 3101113 | Delaware |

**4. Mailing Address to mail copies of Legal Service** (Enter the complete mailing address where the California Secretary of State may forward copies of any legal documents against the corporation that are served on the Secretary of State intended for the corporation.)

| Mailing Address of Corporation | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4545 W. Brown Deer Road | Milwaukee | WI | 53223 |

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file this Certificate of Surrender.)

Statements 5(a) – 5(d) are true:

a) The corporation surrenders its rights and authority to transact intrastate business in the State of California.

b) The corporation revokes its designation of agent for service of process in California.

c) The corporation consents to process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender may be served upon the California Secretary of State.

d) All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

**6. Read and Sign Below** (Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

[signature]

Signature

Corey Williams

Type or Print Name



2022 California Secretary of State
bizfileOnline.sos.ca.gov