MILLICENT N. SANCHEZ (State Bar No. 108613)
Email: msanchez@swerdlowlaw.com
LORI M. YANKELEVITS (State Bar No. 156253)
Email: lyankelevits@swerdlowlaw.com
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
10877 Wilshire Blvd., Suite 1650
Los Angeles, California 90024
Telephone: (310) 288-3980
Facsimile: (310) 733-1727

Attorneys for Defendant, Badger Meter, Inc.

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| RONALD WAYNE TOTEN,<br><br>Plaintiff,<br><br>vs.<br><br>HADRONEX, INC. d/b/a SMARTCOVER SYSTEMS; BADGER METER, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:26-cv-09280-SRM-DMK<br><br>*Assigned to Hon. Serena R. Murillo*<br><br>**DECLARATION OF SHERYL HOPKINS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

SANCHEZ SWERDLOW SWERDLOW FLORENCE & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

# DECLARATION OF SHERYL HOPKINS

I, Sheryl Hopkins, declare as follows:

1. I am the VP – Human Resources for Defendant Badger Meter, Inc. ("Badger Meter"). I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant Badger Meter's Motion to Compel Arbitration.

2. I have worked in Human Resources for Badger Meter since October 2020. As VP – Human Resources for Badger Meter, I oversaw employee relations and human resources for Hadronex , Inc. ("Hadronex") employees who transitioned to Badger Meter employees.

3. In my role, I am a custodian of personnel records for Badger Meter and have access to, and reviewed the personnel file of Ronald Wayne Toten as it is kept in the ordinary course of business. Mr. Totens' file includes documents from during his employment with Hadronex..

4. According to documents in his personnel file, Mr. Toten was employed by Hadronex/Badger Meter, Inc., at its Escondido, California facility from on or about August 27, 2024, to July 25, 2026.

5. Before Badger Meter acquired, Hadronex, had entered into a contract with GAO California LLC d/b/a G&A Partners ("G&A Partners"), to provide outsourced payroll, benefits, and other human resources services for Hadronex and its employees. I am aware that Hadronex employees, including Mr. Toten, had signed arbitration agreements with Hadronex and G&A Partners.

6. Included in Mr. Toten's personnel file is an arbitration agreement between himself and Hadronex and G&A Partners that bears his electronic signature, dated August 27, 2024. Attached as Exhibit A is a true and correct copy of the Arbitration Agreement from Mr. Toten's personnel file.

Executed this 1st day of September 2026, at Milwaukee, Wisconsin.

I declare under penalty of perjury under the laws of the State of Wisconsin and the United States of America that the foregoing is true and correct.

Sheryl Hopkins

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727