MILLICENT N. SANCHEZ (State Bar No. 108613)
Email: msanchez@swerdlowlaw.com
LORI M. YANKELEVITS (State Bar No. 156253)
Email: lyankelevits@swerdlowlaw.com
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
10877 Wilshire Blvd., Suite 1650
Los Angeles, California 90024
Telephone: (310) 288-3980
Facsimile: (310) 733-1727

Attorneys for Defendant, Badger Meter, Inc.

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| RONALD WAYNE TOTEN,<br><br>Plaintiff,<br><br>vs.<br><br>HADRONEX, INC. d/b/a SMARTCOVER SYSTEMS; BADGER METER, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:26-cv-09280-SRM-DMK<br><br>*Assigned to Hon. Serena R. Murillo*<br><br>**DECLARATION OF LORI M. YANKELEVITS IN SUPPORT OF DEFENDANT BADGER METER, INC.'S NOTICE OF REMOVAL** |

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

**DECLARATION OF LORI M. YANKELEVITS**

I, Lori M. Yankelevits, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney at Swerdlow Florence Sanchez Swerdlow & Wimmer, A Law Corporation, and I am counsel of record for Defendant, Badger Meter, Inc. ("Badger Meter"), in this matter.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge. This declaration is submitted in support of Badger Meter's Notice of Motion and Motion to Compel Arbitration

3. A true and correct copy of American Arbitration Association's ("AAA") Employment/Workplace Arbitration Rules and Mediation Procedures is attached hereto as Exhibit A, which I obtained on August 27, 2026, from the AAA website, https://www.adr.org/employment.

Executed on this 3rd day of September, 2026, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[signature]

Lori M. Yankelevits