# EXHIBIT A

Petersen, Laurie

**From:** Gemeinhardt, Mary
**Sent:** Thursday, May 7, 2026 8:55 AM
**To:** Petersen, Laurie; Peter Javanmardi
**Cc:** David Miller; marc@holmquistlaw.com; miranda@mossavarlaw.com; Bill Bergum
**Subject:** RE: R. Toten File Request 3/24

Good morning,

Please use this link to download the requested files: https://lindnermarsack.sharefile.com/d-sa15ce0d2b85c49f2aafc95047a3973b8

Please let me know if you have any issues with the link or downloading the files.

Thank you.

Mary Gemeinhardt
Legal Assistant
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202-4498
**General:** (414) 273-3910
**Direct:** (414) 615-4844
**Fax**: (414) 273-0522

LINDNER & MARSACK
ATTORNEYS AT LAW

www.lindner-marsack.com

BEST LAW FIRMS
RANKED BY Best Lawyers
UNITED STATES
2026

**NOTICE:** This e-mail message contains privileged and/or confidential information and is intended only for recipient(s) named above. If you are not an intended recipient, please delete this message. Any distribution or copying of this e-mail is prohibited.

---

**From:** Petersen, Laurie
**Sent:** Wednesday, May 6, 2026 7:13 PM
**To:** Peter Javanmardi
**Cc:** David Miller ; marc@holmquistlaw.com; miranda@mossavarlaw.com; Bill Bergum
**Subject:** Re: R. Toten File Request 3/24

Peter

My office will send you a shared file link tomorrow.

Laurie A. Petersen
Attorney
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202-4498
**Direct:** (414) 226-4804
**Cell:** (414) 630-4803
**Fax:** (414) 273-0522
www.lindner-marsack.com

On May 6, 2026, at 5:12 PM, Peter Javanmardi <peter@javanmardilaw.com> wrote:

David,

I haven't been able to access these files. It's requiring me to sign in to a Badgermeter Microsoft account. Can you send a different way please?

Thanks.

Peter A. Javanmardi, Esq.

JAVANMARDI LAW, P.C.

1875 Century Park East, Suite 2250

Los Angeles, California 90067

Main: (424) 286-4240

Direct: (818) 714-1634

Fax: (310) 564-0347

Email: peter@javanmardilaw.com

**Please be advised that many staff members are still working remotely. As such, all written materials must be sent to us electronically, rather than through physical mail and deliveries. Thank you.**

The information in this electronic mail message is confidential and for use of only the named recipient. The information may be protected by privilege, work product immunity or other applicable law. If you are not the intended recipient the retention, dissemination, distribution or copying of this e-mail message is strictly prohibited. If you receive this message in error please notify us immediately by phone or by e-mail at admin@javanmardilaw.com.

On Wed, Apr 22, 2026 at 9:37 AM Miller, David <DMiller@badgermeter.com> wrote:

> Hello,
>
> Please find in the link below copies of the files requested in your March 24, 2026 request related to Ronald Toten's employment with Hadronex and Badger Meter. Please let me know if you have any issues accessing the files.
>
> [CONFIDENTIAL] R. Toten Files
>
> Thank you,
>
> David Miller
>
> **David Miller**
>
> Director – Legal Counsel

Tel: +1 (414) 371-5897| Mob: +1 (414) 544-7544 | dmiller@badgermeter.com | badgermeter.com
Badger Meter | 4545 W Brown Deer Rd | PO Box 245036 | Milwaukee | WI 53224-9536

*NOTICE: The information contained in this message may be confidential and/or privileged. If you have received this transmission in error, please contact sender and delete it immediately. If you are the unintended recipient, please do not use, retransmit, or distribute this message. Unintended receipt is not a waiver of any legal privilege.*

*Please note that the discussion of any contract terms in this correspondence does not imply entering into a legally binding contract as final agreement binding Badger Meter is subject to certain explicit written approval from the company's internal legal team and from appropriate management.*