# EXHIBIT C

Petersen, Laurie

**From:** Petersen, Laurie
**Sent:** Tuesday, May 26, 2026 11:32 AM
**To:** 'Peter Javanmardi'; Gemeinhardt, Mary; David Miller; Bill Bergum
**Cc:** marc@holmquistlaw.com; miranda@mossavarlaw.com
**Subject:** RE: R. Toten File Request 3/24 [L-M-LMDOCS.892500.063]

Hi Peter,

As my previous email stated, my client had extensive discussions with Mr. Toten's previous counsel. Badger Meter believes it has not violated any of Mr. Toten's rights under the law and Badger Meter has acted consistent with its legal rights and obligations in all respects. Badger Meter therefore is not interested in engaging in settlement discussions.

Also, as I mentioned previously, he was informed his employment would end at the end of July 2025 giving him about six months' notice that his employment was ending. Therefore, in my estimation, his damages would be limited with respect to any claims he may assert.

Also, Mr. Toten should have made you aware that he signed an arbitration agreement.

Laurie A. Petersen
Attorney
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202-4498
Direct: (414) 226-4804
Mobile: (414) 630-4803
Fax: (414) 273-0522

LINDNER & MARSACK
ATTORNEYS AT LAW

www.lindner-marsack.com

BEST LAW FIRMS RANKED BY Best Lawyers UNITED STATES 2026

worklaw® network

A Worklaw® Network member. www.worklaw.com

NOTICE: This e-mail message contains privileged and/or confidential information and is intended only for recipient(s) named above. If you are not an intended recipient, please delete this message. Any distribution or copying of this e-mail is prohibited.