# EXHIBIT E

Petersen, Laurie

| | |
|---|---|
| **From:** | Petersen, Laurie |
| **Sent:** | Wednesday, July 29, 2026 9:59 AM |
| **To:** | 'Peter Javanmardi' |
| **Cc:** | 'Marc Holmquist'; 'Miranda Mossavar' |
| **Subject:** | RE: Ronald Toten v. Badger Meter, Inc., et al. - REPRESENTATION LETTER, REQUEST FOR RECORDS, SETTLEMENT DISCUSSIONS [L-M-LMDOCS.892500.063] |
| **Importance:** | High |

Peter,

I do not believe you responded to my below email of July 23 regarding the arbitration agreement.

Can you please do so or, if you want to discuss, please let me know a time preferably today or tomorrow when we can do so. I can be fairly flexible on times.

Laurie A. Petersen
Attorney
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202-4498
Direct: (414) 226-4804
Mobile: (414) 630-4803
Fax: (414) 273-0522

LINDNER & MARSACK
ATTORNEYS AT LAW

www.lindner-marsack.com

BEST LAW FIRMS RANKED BY Best Lawyers UNITED STATES 2026

worklaw® network

A Worklaw®Network member. www.worklaw.com

NOTICE: This e-mail message contains privileged and/or confidential information and is intended only for recipient(s) named above. If you are not an intended recipient, please delete this message. Any distribution or copying of this e-mail is prohibited.