# EXHIBIT F

Petersen, Laurie

**From:** Peter Javanmardi <peter@javanmardilaw.com>
**Sent:** Wednesday, July 29, 2026 7:21 PM
**To:** Petersen, Laurie
**Cc:** Marc Holmquist; Miranda Mossavar; David Harris
**Subject:** Re: Ronald Toten v. Badger Meter, Inc., et al. - REPRESENTATION LETTER, REQUEST FOR RECORDS, SETTLEMENT DISCUSSIONS [L-M-LMDOCS.892500.063]

Hi Laurie,

We don't believe the arbitration agreement is enforceable and believe the case should remain in Superior Court. If Defendants are adamant on arbitration then please just get the motion on file so we can get the case moving.

Thanks.

Peter A. Javanmardi, Esq.

JAVANMARDI LAW, P.C.

1875 Century Park East, Suite 2250

Los Angeles, California 90067

Main: (424) 286-4240

Direct: (818) 714-1634

Fax: (310) 564-0347

Email: peter@javanmardilaw.com

**Please be advised that many staff members are still working remotely. As such, all written materials <u>must</u> be sent to us electronically, rather than through physical mail and deliveries. Thank you.**

The information in this electronic mail message is confidential and for use of only the named recipient. The information may be protected by privilege, work product immunity or other applicable law. If you are not the intended recipient the retention, dissemination, distribution or copying of this e-mail message is strictly prohibited. If you receive this message in error please notify us immediately by phone or by e-mail at admin@javanmardilaw.com.

On Wed, Jul 29, 2026 at 7:59 AM Petersen, Laurie <LPetersen@lindner-marsack.com> wrote:

Peter,

I do not believe you responded to my below email of July 23 regarding the arbitration agreement.

Can you please do so or, if you want to discuss, please let me know a time preferably today or tomorrow when we can do so. I can be fairly flexible on times.

Laurie A. Petersen

Attorney

411 E. Wisconsin Ave., Suite 1800

Milwaukee, WI 53202-4498

Direct: (414) 226-4804

Mobile: (414) 630-4803

Fax: (414) 273-0522

LINDNER & MARSACK ATTORNEYS AT LAW

www.lindner-marsack.com

BEST LAW FIRMS RANKED BY Best Lawyers UNITED STATES 2026

worklaw network Management Labor and Employment Law Firms

A Worklaw®Network member. www.worklaw.com