# EXHIBIT G

Petersen, Laurie

**From:** Petersen, Laurie
**Sent:** Wednesday, July 29, 2026 7:35 PM
**To:** Peter Javanmardi
**Cc:** Marc Holmquist; Miranda Mossavar; David Harris
**Subject:** Re: Ronald Toten v. Badger Meter, Inc., et al. - REPRESENTATION LETTER, REQUEST FOR RECORDS, SETTLEMENT DISCUSSIONS [L-M-LMDOCS.892500.063]

We will do that. You should know that a California Court has already deemed this agreement enforceable.

If you want to discuss specifics of why you do not believe it enforceable my client is willing to meet and confer. If not, I assume California law provides for costs and attorney fees.

We have local counsel engaged and will move forward if we do not hear otherwise from you before Friday.

Laurie A. Petersen
Attorney
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202-4498
**Direct:** (414) 226-4804
**Cell:** (414) 630-4803
**Fax:** (414) 273-0522
www.lindner-marsack.com

On Jul 29, 2026, at 7:21 PM, Peter Javanmardi wrote:

Hi Laurie,

We don't believe the arbitration agreement is enforceable and believe the case should remain in Superior Court. If Defendants are adamant on arbitration then please just get the motion on file so we can get the case moving.