# EXHIBIT H

Petersen, Laurie

**From:** Peter Javanmardi <peter@javanmardilaw.com>
**Sent:** Friday, July 31, 2026 2:02 PM
**To:** Petersen, Laurie
**Cc:** Marc Holmquist; Miranda Mossavar; David Harris
**Subject:** Re: Ronald Toten v. Badger Meter, Inc., et al. - REPRESENTATION LETTER, REQUEST FOR RECORDS, SETTLEMENT DISCUSSIONS [L-M-LMDOCS.892500.063]

Hi Laurie,

You keep mentioning what other courts have done. Can you send us all of the Orders you have for any motions pertaining to a G&A Partners Arbitration Agreemnt over the last 5 years? And are you also representing that no Court has ever denied an arbitration motion on this (or a substantially similar) agreement?

As far as unscionability, at a minimum, the agreement is overbroad as to scope and time in violation of *Cook*.

Peter A. Javanmardi, Esq.

JAVANMARDI LAW, P.C.

1875 Century Park East, Suite 2250

Los Angeles, California 90067

Main: (424) 286-4240

Direct: (818) 714-1634

Fax: (310) 564-0347

Email: peter@javanmardilaw.com

**Please be advised that many staff members are still working remotely. As such, all written materials must be sent to us electronically, rather than through physical mail and deliveries. Thank you.**

The information in this electronic mail message is confidential and for use of only the named recipient. The information may be protected by privilege, work product immunity or other applicable law. If you are not the intended recipient the retention, dissemination, distribution or copying of this e-mail message is strictly prohibited. If you receive this message in error please notify us immediately by phone or by e-mail at admin@javanmardilaw.com.

On Fri, Jul 31, 2026 at 9:09 AM Petersen, Laurie <LPetersen@lindner-marsack.com> wrote:

Hi Peter,

Mr. Toten was given and signed the agreement. His electronic signature is on the agreement.

In terms of whether the client would seek costs and fees, I need to discuss with the client and local counsel. But, if the refusal to arbitrate the claims does not have a sound basis in law and we believe it appropriate to seek costs and fees from the Court related to the Motion, we would ask the Court for such an award.

Local counsel informs me that we should meet and confer on issues related to a Motion to Compel. I am offering to do so to best assess the refusal and move forward. An assertion that the agreement is unconscionable in multiple respects and not enforceable by the various entities does not tell me anything about the basis for the refusal. A state court has already granted a Motion to Compel regarding this agreement.

I am willing to discuss by telephone if you want to do that.

Laurie A. Petersen

Attorney

411 E. Wisconsin Ave., Suite 1800

Milwaukee, WI 53202-4498

Direct: (414) 226-4804

Mobile: (414) 630-4803

Fax: (414) 273-0522

LINDNER & MARSACK

ATTORNEYS AT LAW

www.lindner-marsack.com

A Worklaw®Network member. www.worklaw.com

NOTICE: This e-mail message contains privileged and/or confidential information and is intended only for recipient(s) named above. If you are not an intended recipient, please delete this message. Any distribution or copying of this e-mail is prohibited.

---

**From:** Peter Javanmardi <peter@javanmardilaw.com>
**Sent:** Friday, July 31, 2026 10:04 AM
**To:** Petersen, Laurie <LPetersen@lindner-marsack.com>
**Cc:** Marc Holmquist <marc@holmquistlaw.com>; Miranda Mossavar <miranda@mossavarlaw.com>; David Harris <david@javanmardilaw.com>
**Subject:** Re: Ronald Toten v. Badger Meter, Inc., et al. - REPRESENTATION LETTER, REQUEST FOR RECORDS, SETTLEMENT DISCUSSIONS [L-M-LMDOCS.892500.063]

Hi Laurie,

Assuming Mr. Toten was presented with the agreement you sent us, we see the agreement as unconscionable in multiple respects and not enforceable by all the various entities, among other things, and we reserve all rights. Is it your position that Defendants are entitled to fees and costs for bringing the motion? Is that somethign Defendants will seek in their motion?

Peter A. Javanmardi, Esq.

JAVANMARDI LAW, P.C.

1875 Century Park East, Suite 2250

Los Angeles, California 90067

Main: (424) 286-4240

Direct: (818) 714-1634

Fax: (310) 564-0347

Email: peter@javanmardilaw.com

**Please be advised that many staff members are still working remotely. As such, all written materials must be sent to us electronically, rather than through physical mail and deliveries. Thank you.**

The information in this electronic mail message is confidential and for use of only the named recipient. The information may be protected by privilege, work product immunity or other applicable law. If you are not the intended recipient the retention, dissemination, distribution or copying of this e-mail message is strictly prohibited. If you receive this message in error please notify us immediately by phone or by e-mail at admin@javanmardilaw.com.

On Wed, Jul 29, 2026 at 5:35 PM Petersen, Laurie <LPetersen@lindner-marsack.com> wrote:

> We will do that. You should know that a California Court has already deemed this agreement enforceable.
>
> If you want to discuss specifics of why you do not believe it enforceable my client is willing to meet and confer. If not, I assume California law provides for costs and attorney fees.
>
> We have local counsel engaged and will move forward if we do not hear otherwise from you before Friday.
>
> Laurie A. Petersen
>
> Attorney
>
> 411 E. Wisconsin Ave., Suite 1800
>
> Milwaukee, WI 53202-4498
>
> **Direct:** (414) 226-4804
>
> **Cell:** (414) 630-4803
>
> **Fax:** (414) 273-0522
>
> www.lindner-marsack.com