# EXHIBIT J

Petersen, Laurie

**From:** Petersen, Laurie
**Sent:** Wednesday, August 19, 2026 1:56 PM
**To:** 'Peter Javanmardi'
**Cc:** 'Marc Holmquist'; 'Miranda Mossavar'; 'David Harris'
**Subject:** RE: Ronald Toten v. Badger Meter, Inc., et al. - REPRESENTATION LETTER, REQUEST FOR RECORDS, SETTLEMENT DISCUSSIONS [L-M-LMDOCS.892500.063]

Hi Peter,

I know we have exchanged several emails on this issue of the arbitration agreement.

I would like to have a meet and confer by telephone or video (teams) so we can have an in person discussion.

I am completely available today and tomorrow. Please let me know a time I can call and discuss.

Laurie A. Petersen
Attorney
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202-4498
Direct: (414) 226-4804
Mobile: (414) 630-4803
Fax: (414) 273-0522

LINDNER & MARSACK
ATTORNEYS AT LAW

www.lindner-marsack.com

A Worklaw®Network member. www.worklaw.com

NOTICE: This e-mail message contains privileged and/or confidential information and is intended only for recipient(s) named above. If you are not an intended recipient, please delete this message. Any distribution or copying of this e-mail is prohibited.