# EXHIBIT K

Petersen, Laurie

**From:** Petersen, Laurie
**Sent:** Thursday, August 20, 2026 12:10 PM
**To:** Peter Javanmardi
**Cc:** Marc Holmquist; Miranda Mossavar; David Harris; Lori Yankelevits
**Subject:** Re: Ronald Toten v. Badger Meter, Inc., et al. - REPRESENTATION LETTER, REQUEST FOR RECORDS, SETTLEMENT DISCUSSIONS [L-M-LMDOCS.892500.063]

Peter

Following up on our need for a meet and confer. Can you let me know a time/times you have available today.

I copied local counsel also.

Laurie A. Petersen
Attorney
411 E. Wisconsin Ave., Suite 1800
Milwaukee, WI 53202-4498
**Direct:** (414) 226-4804
**Cell:** (414) 630-4803
**Fax:** (414) 273-0522
www.lindner-marsack.com

On Aug 19, 2026, at 1:56 PM, Petersen, Laurie <LPetersen@lindner-marsack.com> wrote:

Hi Peter,

I know we have exchanged several emails on this issue of the arbitration agreement.

I would like to have a meet and confer by telephone or video (teams) so we can have an in person discussion.

I am completely available today and tomorrow. Please let me know a time I can call and discuss.

Laurie A. Petersen
Attorney