SANCHEZ SWERDLOW FLORENCE
SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| RONALD WAYNE TOTEN,<br>Plaintiff,<br>vs.<br>HADRONEX, INC. d/b/a SMARTCOVER SYSTEMS; BADGER METER, INC.; and DOES 1 through 10, Inclusive,<br>Defendants. | Case No. 2:26-cv-09280-SRM-DMK<br>*Assigned to Hon. Serena R. Murillo*<br>**[PROPOSED] ORDER GRANTING DEFENDANT BADGER METER INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS ACTION - ECF NO.: 10** |

On November 25, 2026 the Motion of Defendant Badger Meter, Inc. to Compel Arbitration and Dismiss the Action came on for hearing before the Court. Defendant moved to compel arbitration and dismiss, or in the alternative, stay, the action based on the written arbitration agreement Plaintiff signed at the outset of his employment, thereby requiring his claims relating to his employment be resolved through binding arbitration.

The Court, having considered Defendant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff shall submit his claims asserted in this action to binding arbitration with the American Arbitration Association in accordance with the parties' arbitration

SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
SWERDLOW FLORENCE
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

agreement; and

2. [Plaintiff's claims shall be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) and (12(b)(6)]

Or

[This proceeding shall be stayed pending completion of the arbitration pursuant to 9 U.S.C. Section 3]

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE