MILLICENT N. SANCHEZ (State Bar No. 108613)
Email: msanchez@swerdlowlaw.com
LORI M. YANKELEVITS (State Bar No. 156253)
Email: lyankelevits@swerdlowlaw.com
**SWERDLOW FLORENCE**
**SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
10877 Wilshire Blvd., Suite 1650
Los Angeles, California 90024
Telephone: (310) 288-3980
Facsimile: (310) 733-1727

Attorneys for Defendant, Badger Meter, Inc.

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| RONALD WAYNE TOTEN,<br><br>Plaintiff,<br><br>vs.<br><br>HADRONEX, INC. d/b/a SMARTCOVER SYSTEMS; BADGER METER, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:26-cv-09280-SRM-DMK<br><br>*Assigned to Hon. Serena R. Murillo*<br><br>**DECLARATION OF DAVID MILLER IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727

## DECLARATION OF DAVID MILLER

I, David Miller, declare as follows:

1. I am a Director – Legal Counsel for Defendant Badger Meter, Inc. ("Badger Meter"). I am an attorney duly admitted to practice in Wisconsin. I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant Badger Meter's Motion to Compel Arbitration.

2. I have been counsel at Badger Meter since June 2016 and Director – Legal Counsel since April 2024. As Director – Legal Counsel for Badger Meter, I was involved in Badger Meter's stock purchase of Hadronex, Inc. ("Hadronex") in early 2025 and its consolidation with Hadronex in December 2025.

3. Badger Meter acquired 100% of the stock of Hadronex on January 31, 2025, becoming the owner of Hadronex.

4. On December 31, 2025, Badger Meter filed the paperwork to legally consolidate Badger Meter and Hadronex and to dissolve Hadronex, with Badger Meter as the sole surviving entity resulting from the consolidation of Hadronex and Badger Meter as the successor to Hadronex. Attached as Exhibit A is a true and correct copy of the filed State of Delaware Certificate of Merger of Domestic Corporation into Foreign Corporation.

5. Badger Meter is an innovator in flow measurement, water quality and control products, serving water utilities, municipalities and commercial and industrial customers worldwide. Its products are sold around the world.

6. In addition to its corporate headquarters in Milwaukee, Wisconsin, Badger Meter has facilities in various locations throughout the U.S., including in at least California, Pennsylvania, Texas, and Florida. It also has international locations in Latin America and Europe.

Executed this 1st day of September, 2026 at Milwaukee, Wisconsin.

I declare under penalty of perjury under the laws of the State of Wisconsin and the United States of America that the foregoing is true and correct.

David Miller

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER, A LAW CORPORATION
10877 WILSHIRE BLVD., SUITE 1650
LOS ANGELES, CALIFORNIA 90024
TEL (310) 288-3980 • FAX (310) 733-1727