# Delaware

The First State



*I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:*

*"HADRONEX, INC.", A DELAWARE CORPORATION,*

*WITH AND INTO "BADGER METER, INC." UNDER THE NAME OF "BADGER METER, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF WISCONSIN, AS RECEIVED AND FILED IN THIS OFFICE ON THE THIRTIETH DAY OF DECEMBER, A.D. 2025, AT 1:09 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2025 AT 11:59 O'CLOCK P.M.*

C. P. Sanchez

Charuni Patibanda-Sanchez, Secretary of State

4547528 8100M
SR# 20255031010

Authentication: 205753880
Date: 12-30-25

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE OF DELAWARE CERTIFICATE OF MERGER OF DOMESTIC CORPORATION INTO FOREIGN CORPORATION

Pursuant to Title 8, Section 252(c) of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

**FIRST**: The name of each constituent corporation is Badger Meter, Inc. ________, a *(list jurisdiction)* Wisconsin corporation, and Hadronex, Inc., a Delaware Corporation.

**SECOND**: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations in accordance with Section 252 of the Delaware General Corporation Law.

**THIRD**: The name of the surviving corporation is Badger Meter, Inc. ________ a *(list jurisdiction)* Wisconsin corporation.

**FOURTH**: The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

**FIFTH:** The merger is to become effective on December 31, 2025 at 11:59 p.m..

**SIXTH**: The executed Agreement of Merger is on file at 4545 West Brown Deer Road, Milwaukee, WI 53223, an office of the surviving corporation.

**SEVENTH**: A copy of the Agreement of Merger will be furnished by the surviving corporation on request, without cost, to any stockholder of the constituent corporations.

**EIGHTH**: The surviving foreign corporation agrees that it may be served with process in the State of Delaware in any proceeding for enforcement of any obligation of the non-surviving Delaware corporation, as well as for enforcement of any obligation of the surviving foreign corporation arising from this merger, including any suit or other proceeding to enforce the right of any stockholders as determined in appraisal proceedings pursuant to the provisions of Section 262 of the Delaware General Corporation Law, and irrevocably appoints the Secretary of State of Delaware as its agent to accept service of process in any such suit or other proceeding. The Secretary of State shall mail any such process to the surviving corporation at 4545 West Brown Deer Road, Milwaukee, WI 53223.

**IN WITNESS WHEREOF**, said surviving corporation has caused this certificate to be signed by an authorized officer, the 30th day of December, A.D., 2025.

By: [signature] Ken Bockhorst (Dec 23, 2025 12:28:58 CST)
Authorized Officer

Name: Kenneth Bockhorst
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:09 PM 12/30/2025
FILED 01:09 PM 12/30/2025
SR 20255031010 - File Number 4547528